IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Poskin, William H

Printed: 9/9/08

Case Number: 04 B 25896
Judge: Hollis, Pamela S
Filed: 7/12/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 28, 2008
Confirmed: August 30, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 19,950.05 |  |
| Secured: |  | 17,237.58 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,650.00 |
| Trustee Fee: |  | 1,062.47 |
| Other Funds: |  | 0.00 |
| Totals: | 19,950.05 | 19,950.05 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 1,650.00 | 1,650.00 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Capital One Auto Finance | Secured | 2,888.27 | 2,489.42 |
| 4. | Saxon Mortgage Services Inc | Secured | 16,800.76 | 14,748.16 |
| 5. | St James Hospital | Unsecured | 965.98 | 0.00 |
| 6. | Municipal Collection Services | Unsecured | 250.00 | 0.00 |
| 7. | Capital One Auto Finance | Unsecured | 1,488.90 | 0.00 |
| 8. | Money Lenders | Unsecured | 779.75 | 0.00 |
| 9. | Brother Loan & Finance | Unsecured | 1,095.66 | 0.00 |
| 10. | Dr Dominick Cannata | Unsecured |  | No Claim Filed |
| 11. | Excel Emergency Care | Unsecured |  | No Claim Filed |
| 12. | Gary J Samin | Unsecured |  | No Claim Filed |
| 13. | Saint Margaret Mercy Healthcare Centers | Unsecured |  | No Claim Filed |
| 14. | Palisades Collection LLC | Unsecured |  | No Claim Filed |
| 15. | Saint Margaret Mercy Healthcare Centers | Unsecured |  | No Claim Filed |
| 16. | SBC | Unsecured |  | No Claim Filed |
| 17. | St James Hospital | Unsecured |  | No Claim Filed |
|  |  |  | $ 25,919.32 | $ 18,887.58 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 232.36 |
| 4% | 72.82 |
| 3% | 27.30 |
| 5.5% | 224.95 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Poskin, William H

Printed: 9/9/08

Case Number: 04 B 25896
Judge: Hollis, Pamela S
Filed: 7/12/04

| | |
|---|---|
| 5% | 22.75 |
| 4.8% | 152.88 |
| 5.4% | 329.41 |
| | _____ |
| | $ 1,062.47 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____